# Third District Court of Appeal

## State of Florida

Opinion filed April 22, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2301
Lower Tribunal No. F81-21021-A
_____


**Ira Lee Pickett,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Ira Lee Pickett, in proper person.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.


Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.